# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

November 4, 2020

BY ECF

Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Moreno Estrada et al v. Therapy PLLC et al
      1:20-cv-06125-LJL

Dear Judge Liman:

We represent Plaintiff in the above-referenced matter. We write to respectfully request the initial conference, currently scheduled for November 11, 2020, be adjourned sine die. This is the first request of its kind. Defendants have neither answered nor appeared and are in default. Plaintiff will be requesting default certificates soon and will respectfully move for a default judgment thereafter

We thank the Court for its attention to this matter.

Respectfully Submitted,

\_\_\_\_/s/ Daniel Tannenbaum
Michael Faillace & Associates, P.C.
Attorneys for Plaintiff

The initial pretrial conference is ADJOURNED to December 23, 2020 at 10:00 a.m.  It will be cancelled if Plaintiff files a motion for default judgment.

SO ORDERED. 11/9/2020.

LEWIS J. LIMAN
United States District Judge