**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
POLICARPO MORENO ESTRADA,
*individually and on behalf of others similarly situated,*

                          *Plaintiff,*

      -against-

THERAPY PLLC (D/B/A THERAPY), TOM JOHNSON, and KASH AMIN,

                         *Defendants.*
------------------------------------------------------------------X

**Index No.: 20-cv-06125-LJL**

**NOTICE OF MOTION FOR DEFAULT JUDGMENT**

## NOTICE OF MOTION

Please take notice that, upon the annexed declaration of Michael J. Faillace, the attached exhibits, the Declaration of Plaintiff Policarpo Moreno Estrada, and all prior papers and proceedings in this case, Plaintiff, by counsel, will move this court, at such time and date as the Court may designate, pursuant to Fed. R. Civ. P. 55(b)(2) and Local Rule 55.2(b), for judgment by default against Defendants Tom Johnson and Kash Amin.

Answering papers, if any, shall be served on the undersigned no later than fourteen days after service of the moving papers in accordance with Local Rule 6.1(b), or at such other time as the court may direct.

Dated: New York, New York
       February 1, 2021

MICHAEL FAILLACE & ASSOCIATES, P.C.

By:  */s/ Michael J. Faillace*_____
     Michael J. Faillace
     60 East 42nd Street, Suite 4510
     New York, New York 10165
     (212) 317-1200
     *Attorneys for Plaintiff*

To:  Tom Johnson
      348 West 52nd Street
      New York, New York 10019
      (last-known address)

      Kash Amin
      348 West 52nd Street
      New York, New York 10019
      (last-known address)