**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
POLICARPO MORENO ESTRADA,

                Plaintiff,

                                20 **CIVIL** 6125 (LJL)

     -against-                 **DEFAULT JUDGMENT**

THERAPY PLLC, TOM JOHNSON,
and KASH AMIN,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated September 26, 2021, the Court concludes that Plaintiff is entitled to relief on his claims for back wages, for wage notice and wage statement violations, and for attorneys' fees and costs. Plaintiff's damages as follows:

- $90,378.00 in back wages under the NYLL, with 9% prejudgment interest accruing from August 6, 2017, in the amount of $33,717.80; $90,378.00 in liquidated damages; $5,000 for Defendants' violation of NYLL § 195(1) and $5,000 for Defendants' violation of NYLL § 195(3).

- The Court also awards attorneys' fees in the amount of $4,640.00 and costs in the amount of $551.00. Default Judgment is entered in favor of Plaintiff Policarpo Moreno Estrada as against Defendants Tom Johnson and Kash Amin in the total sum of $229,664.18. "[I]f any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after the expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent." NYLL § 198(4).

- Finally, the Court awards post-judgment interest pursuant to 28 U.S.C. § 1961;

accordingly, this case is closed.

**DATED**: New York, New York
September 27, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**

BY: _____
**Deputy Clerk**