**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
POLICARPO MORENO ESTRADA,,

                              *Plaintiffs*,                          **20-cv-6125**

          -against-                                              **CERTIFICATE OF SERVICE**
THERAPY PLLC, TOM JOHNSON,
and KASH AMIN,

                              *Defendants.*
-------------------------------------------------------X

Ashley Luna certifies as follows:

I am a natural person above the age of eighteen years and am not a party in the above-captioned action. On this first day of October, 2021, I served instant Order to Show Cause (ECF Doc. No. 32) upon Defendant's, TOM JOHNSON, and KASH AMIN by depositing a copy thereof, along with copies of supporting affidavits/affirmations and exhibits thereto, in the exclusive custody of the United States Postal service,

via First Class Mail to:

Thomas Johnson
357 55th St APT 204
Clarendon Hills, IL 60547-1777

Thomas Johnson
132 Wild Geese Court
Powells Point, NC 27966-9790

Kashif Ali Amin
433 West 151st APT 2D
New York, NY 10031-1805

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____
        Ashley Luna
        Paralegal
        60 East 42nd Street, Suite 4510
        New York, New York 10165
        (212) 317-1200