UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
MORENO ESTRADA,

                              Plaintiff,         No. 20-cv-06125 (LJL)

      - against -                      **SATISFACTION OF JUDGMENT**

TOM JOHNSON, KASH AMIN, AND
THERAPY PLLC

                             Defendants.
----------------------------------x

      WHEREAS, a judgment was entered in the above action on the 27th day of September 2021, in favor of Plaintiff Moreno Estrada against Defendants Tom Johnson and Kash Amin in the amount of $229,664.18, and said judgment with interest and costs thereon having been compromised and fully satisfied, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York

                                          _____
                                          Catalina Sojo, Esq.
                                          CSM LEGAL, P.C.
                                          60 East 42nd St. Suite 4510
                                          New York, NY 10165
                                          Tel: (212) 317-1200; Fax: (212) 317-1620
                                          Email: catalina@csm-legal.com
                                          *Attorneys for Plaintiff*

4872-1362-3303.2

STATE OF NEW YORK  )
                   )  ss.:
COUNTY OF NEW YORK )

On the 21th day of January, 2022, before me personally came Catalina Sojo, to me known and known to be the managing partner of the firm of CSM Legal, P.C., attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that she executed the same.

/s/ Notary Public

MICHELLE MENA
Notary Public - State of New York
No. 01ME6420748
Qualified In Bronx County
My Comm. Expires Aug. 16, 2025